Caroline E. Oks, Esq.
Yolanda J. Bromfield, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
coks@gibbonslaw.com
ybromfield@gibbonslaw.com
*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NEUROSURGICAL ASSOCIATES OF NJ PC, <br><br> Plaintiff, <br><br> v. <br><br> CIGNA HEALTH AND LIFE INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 2:24-cv-08463-ES-MAH <br><br> *Document Electronically Filed* <br><br> **ANSWER** |

Defendant Cigna Health and Life Insurance Company (hereinafter referred to as "Cigna" or "Defendant"), by and through its attorneys, Gibbons P.C., as and for its Answer and Affirmative Defenses to the Complaint of Plaintiff Neurosurgical Associates of NJ PC ("Plaintiff") states as follows:

**PARTIES, JURISDICTION, AND VENUE**

1.      Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 1 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

3177064.1 106782-111824

2.     To the extent that Paragraph 2 of the Complaint alleges that Defendant administers health benefit plans, that allegation is admitted. Defendant denies the remainder of the allegations contained in Paragraph 2 of the Complaint.

3.     Paragraph 3 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 3 of the Complaint.

4.     Paragraph 4 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 4 of the Complaint.

## **FACTUAL BACKGROUND**

5.     Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 5 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

6.     Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 6 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

7.     Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 7 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

8.     Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 8 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

9. Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 9 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

10. Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 10 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

11. Paragraph 11 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the remainder of the allegations contained in Paragraph 11 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

12. Paragraph 12 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 12 of the Complaint.

13. Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 13 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

14. Paragraph 14 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the remainder of the allegations contained in Paragraph 14 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

15. The document referred to in paragraph 15 of the Complaint is the best evidence of its contents and all allegations inconsistent with that document are denied. Defendant lacks

3177064.1 106782-111824

information or belief sufficient either to admit or deny the balance of the allegations in paragraph 15 of the Complaint and therefore denies same leaving Plaintiff to its proofs.

16.     Paragraph 16 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 16 of the Complaint.

17.     Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 17 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

18.     Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 18 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

19.     Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 19 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

20.     Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 20 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

21.     Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 21 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

22.     Paragraph 22 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant lacks knowledge sufficient to form a belief as to

4

3177064.1 106782-111824

the truth or falsity of the remainder of the allegations contained in Paragraph 22 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

23.    Paragraph 23 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 23 of the Complaint.

24.    Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 24 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

25.    Paragraph 25 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the remainder of the allegations contained in Paragraph 25 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

26.    The document referred to in paragraph 26 of the Complaint is the best evidence of its contents and all allegations inconsistent with that document are denied. Defendant lacks information or belief sufficient either to admit or deny the balance of the allegations in paragraph 26 of the Complaint and therefore denies same leaving Plaintiff to its proofs.

27.    Paragraph 27 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 27 of the Complaint.

28.    Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 28 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

3177064.1 106782-111824

29.    Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 29 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

30.    Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 30 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

## COUNT ONE

### 9 U.S. CODE § 9 REGARDING CPT CODE 22842

31.    Defendant incorporates the responses set forth in Paragraph Nos. 1 through 30, above, as if fully set forth herein.

32.    Paragraph 32 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 32 of the Complaint.

33.    Paragraph 33 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 33 of the Complaint.

34.    Paragraph 34 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 34 of the Complaint.

35.    Paragraph 35 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 35 of the Complaint.

3177064.1 106782-111824

36.     Paragraph 36 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 36 of the Complaint.

## COUNT TWO

### VIOLATION OF THE FEDERAL NO SURPRISES ACT REGARDING CPT CODE 22482

37.     Defendant incorporates the responses set forth in Paragraph Nos. 1 through 36, above, as if fully set forth herein.

38.     Paragraph 38 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 38 of the Complaint.

39.     Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 39 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

40.     Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 40 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

41.     Paragraph 41 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 41 of the Complaint.

42.     Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 42 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

7

43.     Paragraph 43 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 43 of the Complaint.

## COUNT THREE

### 9 U.S. CODE § 9 REGARDING CPT CODE 63003

44.     Defendant incorporates the responses set forth in Paragraph Nos. 1 through 43, above, as if fully set forth herein.

45.     Paragraph 45 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 45 of the Complaint.

46.     Paragraph 46 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 46 of the Complaint.

47.     Paragraph 47 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 47 of the Complaint.

48.     Paragraph 48 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 48 of the Complaint.

49.     Paragraph 49 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 49 of the Complaint.

## COUNT FOUR

8

3177064.1 106782-111824

**VIOLATION OF THE FEDERAL NO SURPRISES ACT REGARDING CPT CODE 63003**

50. Defendant incorporates the responses set forth in Paragraph Nos. 1 through 49, above, as if fully set forth herein.

51. Paragraph 51 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 51 of the Complaint.

52. Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 52 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

53. Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 53 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

54. Paragraph 54 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 54 of the Complaint.

55. Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 55 of the Complaint and therefore denies same, leaving the Plaintiff to its proofs.

56. Paragraph 56 contains legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraph 56 of the Complaint.

3177064.1 106782-111824

## AFFIRMATIVE AND SEPARATE DEFENSES

As further Answer to Plaintiff's Complaint, Defendant asserts the following affirmative defenses, each of which is a bar to Plaintiff's claims. Defendant reserves the right to assert additional affirmative defenses as they become known through ongoing investigation or discovery, and hereby reserves the right to amend its Answer to the Complaint to assert any such defense.

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's claims and requested relief may be barred, in whole or in part, by application of the doctrines of laches, waiver, and/or estoppel.

### THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

### FOURTH DEFENSE

Any loss or damage allegedly sustained by Plaintiff was occasioned by the acts or omissions of Plaintiff.

### FIFTH DEFENSE

Plaintiff has suffered no cognizable damage or injury under the laws of the United States or the State of New Jersey.

### SIXTH DEFENSE

At all times relevant, Defendant complied with all applicable laws, regulations, and standards.

### SEVENTH DEFENSE

No payments are owed to Plaintiff under the terms and conditions of any alleged contract between Plaintiff and Defendant.

10

**EIGHTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, or its recoverable damages should be reduced, because it failed to mitigate its damages.

**NINTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because Plaintiff failed to exhaust its administrative remedies.

**TENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because the billed charges failed to comply with Defendant's reimbursement policies.

**ELEVENTH DEFENSE**

Plaintiff's claims are preempted by federal law, including but not limited to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, et seq.

**TWELFTH DEFENSE**

Plaintiff's claims should be dismissed because of Plaintiff's failure to join an indispensable party.

**THIRTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by virtue of one or more of the provisions of the benefit plans at issue.

**FOURTEENTH DEFENSE**

Plaintiff's remedies, if any, are limited to those provided under ERISA, and its damages, if any, are subject to the restrictions, deductions, and offsets contained in the applicable benefit plans.

**FIFTEENTH DEFENSE**

11

The Court's review of this matter is limited to the administrative record before the claims administrator or claims fiduciary at the time of the denial of Plaintiff's claims.

## SIXTEENTH DEFENSE

No payments are owed to Plaintiff under the terms and conditions of the said benefit plans.

## SEVENTEENTH DEFENSE

Defendant asserts any and all defenses available to it under the terms of ERISA.

## EIGHTEENTH DEFENSE

Plaintiff failed to satisfy one or more conditions precedent for coverage under the applicable contracts.

## NINETEENTH DEFENSE

Plaintiff's claims may be barred, in whole or in part, by any applicable statute of limitations, including the applicable statute of limitations under ERISA and any contractual limitations period under the terms of the benefit plans.

## TWENTIETH DEFENSE

Plaintiff's claims may be barred, in whole or in part, by the doctrines of accord and satisfaction.

## TWENTY-FIRST DEFENSE

Plaintiff's claims may be barred, in whole or in part, by failure of consideration.

## TWENTY-SECOND DEFENSE

Any recovery by Plaintiff from Defendant is subject to valid and existing setoff rights in favor of Defendant.

12

**TWENTY-THIRD DEFENSE**

Defendant is not subject to liability in this action under ERISA Section 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B), ERISA Section 502(a)(1)(A), 29 U.S.C. § 1132(a)(1)(A), or ERISA Section 502(c)(1)(B), 29 U.S.C. § 1132(c)(1)(B).

**TWENTY-FOURTH DEFENSE**

Plaintiff's claims are barred by lack of standing.

**TWENTY-FIFTH DEFENSE**

Plaintiff's claims are barred by lack of a valid assignment of benefits.

**TWENTY-SIXTH DEFENSE**

Defendant should not be held liable because it was not properly given notice that Plaintiff commenced an Independent Dispute Resolution pursuant to the Federal No Surprises Act, Pub. L. 116-260, 134 Stat. 1182 (2020) (the "Act").

**TWENTY-SEVENTH DEFENSE**

Defendant should not be held liable because Plaintiff failed to properly comply with the Federal No Surprises Act.

**TWENTY-EIGHTH  DEFENSE**

Defendant should not be held liable because it was not the claims administrator or the third party administrator of P.F.'s health benefits plan.

**TWENTY-NINTH DEFENSE**

Defendant hereby gives notice that it intends to rely upon such other and further defenses as may become available during discovery proceedings and reserve the right to amend this Answer to assert such defenses.

**THIRTIETH DEFENSE**

13

3177064.1 106782-111824

Unless specifically admitted above, Defendant denies each and every allegation of the claims and demands strict proof thereof.

## THIRTY-FIRST DEFENSE

Plaintiff's claims should be dismissed because Plaintiff failed to properly serve Defendant.

**WHEREFORE**, Defendant hereby demands that judgment be entered in its favor and against Plaintiff, dismissing with prejudice all claims for relief set forth in the Complaint and awarding Defendant's attorneys' fees, costs of suit, and such further relief as the Court deems just and proper.

Dated: November 26, 2023        By: s/ Caroline E. Oks
Newark, New Jersey                  Caroline E. Oks, Esq.
                                    Yolanda J. Bromfield, Esq.
                                    **GIBBONS P.C.**
                                    One Gateway Center
                                    Newark, New Jersey 07102-5310
                                    Tel: (973) 596-4500
                                    Fax: (973) 596-0545
                                    coks@gibbonslaw.com
                                    ybromfield@gibbonslaw.com
                                    *Attorneys for Defendant*
                                    *Cigna Health and Life Insurance Company*

14

3177064.1 106782-111824