Caroline E. Oks, Esq.
Yolanda J. Bromfield, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
coks@gibbonslaw.com
ybromfield@gibbonslaw.com
*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEUROSURGICAL ASSOCIATES OF NJ PC,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 2:24-cv-08463-ES-MAH<br><br>*Document Electronically Filed*<br><br>**CERIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2** |

I, Caroline E. Oks, admitted to the bars of the State of New Jersey and the United States District Court for the District of New Jersey, and a member of the law firm of Gibbons P.C., counsel for Defendant Cigna Health and Life Insurance Company in the above-captioned matter, hereby certify to the best of my knowledge and effective with the filing of the Answer with the Court, the controversy in this matter is not the subject of any other action pending in any court, arbitration, or other administrative proceeding.

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: November 26, 2023
Newark, New Jersey

By: s/ Caroline E. Oks
  Caroline E. Oks, Esq.
  Yolanda J. Bromfield, Esq.

3178224.1 106782-111824

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel:  (973) 596-4500
Fax:  (973) 596-0545
coks@gibbonslaw.com
ybromfield@gibbonslaw.com
*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*

2

3178224.1 106782-111824